HARRISON-RYE REALTY CORPORATION, Appellant, *v.* LEWIS W. CRIGLER et al., Defendants, and NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Argued June 7, 1948; decided July 16, 1948.

*Arthur D. Brennan, Chester A. Slocum* and *James D. Hopkins* for appellant.

*Gordon Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.